JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPT. OF VETERANS AFFAIRS, ET AL.,<br><br>　　　　Defendants. | CV 10-2648 PA (AJWx)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Minute Order of January 24, 2011 dismissing with prejudice plaintiff Ronald Wilson's ("Plaintiff's") Title VII claims for discrimination, harassment, and hostile work environment,

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants United States Department of Veterans Affairs, Eric Shinseki, and Robert Benkeser ("Defendants") shall have judgment in their favor against Plaintiff on these Title VII claims.

　　　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

　　　　IT IS SO ORDERED.

DATED: January 24, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE