JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | CV 10-2648 PA (AJWx) |
|     Plaintiff, | JUDGMENT |
|     v. | |
| UNITED STATES DEPT. OF VETERANS AFFAIRS, ET AL., | |
|     Defendants. | |

    Pursuant to the Court's Minute Order of March 21, 2011 dismissing with prejudice plaintiff Ronald Wilson's ("Plaintiff's") claims for defamation and intentional infliction of emotional distress,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants United States Department of Veterans Affairs, Eric Shinseki, and Robert Benkeser ("Defendants") shall have judgment in their favor against Plaintiff on these claims.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

    IT IS SO ORDERED.

DATED: March 21, 2011

                                                                        Percy Anderson
                                        UNITED STATES DISTRICT JUDGE